UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROHANI NAIJMI TRUST, *et al.*, <br>                       Appellant's, <br> v. <br> EASTERN PROMENADE II, LLC, *et al.*, <br>                       Defendant's. | Case No. 2:14-cv-00499-RFB <br><br> ORDER |

    On February 16, 2017, this court informed petitioner that, if no action was taken in this case within (30) days, the court would dismiss the case for want of prosecution. To date, petitioner having taken no further action to prosecute this case,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter be, and the same hereby is, DISMISSED.

    DATED this 23rd day of March, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE